UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HOLY DIVER SACRAMENTO, LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-01773-JAM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT HOLY DIVER SACRAMENTO LLC's DEADLINE TO FILE ANSWER TO COMPLAINT** |

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Defendant Irish Five LLC to file an Answer to Plaintiff's complaint is extended to December 30, 2019.

**IT IS SO ORDERED**

Dated: November 14, 2019　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE