UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLY DIVER SACRAMENTO, LLC et al.,<br><br>    Defendants. | No.  2:19-cv-01773-CKD<br><br><br><br>ORDER |

Following the parties attending the court's Voluntary Dispute Resolution Program, the parties have informed the court that they were unable resolve this action. (ECF No. 15.) The parties have subsequently requested a status conference before the undersigned. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for October 21, 2020 at 10:00 a.m. before the undersigned.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports[1] addressing the following matters:

    a. Possible joinder of additional parties;

    b. Any expected or desired amendment of the pleadings;

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

  c.  Anticipated motions and their scheduling;

  d.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

  e.  Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

  f.  Special procedures, if any;

  g.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

  h.  Whether the case is related to any other cases, including bankruptcy;

  i.  Whether a settlement conference should be scheduled; and

  j.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated:  September 23, 2020

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16/john.status