# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLY DIVER SACRAMENTO, LLC, et al.,<br><br>        Defendants. | Case No. 2:19-cv-01773-JAM-CKD<br><br>**ORDER** |

Pursuant to the parties' stipulation for voluntary dismissal (ECF No. 23) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice in its entirety, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to CLOSE this case.

Dated:  September 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE